PP:SHP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE EASTERN DISTRICT OF MICHIGAN |
| - against - | |
| KEVIN DELGADO, | (Fed. R. Crim. P. 5) |
| Defendant. | Case No. 25-MJ-47 |

- - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Kara Phipps, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about February 5, 2025, the United States District Court for the Eastern District of Michigan issued an arrest warrant commanding the arrest of defendant KEVIN DELGADO for transmitting threats in interstate commerce, in violation of Title 18, United States Code, Section 875(c).

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.    On or about January 5, 2025, a grand jury sitting in the Eastern District of Michigan returned an indictment (the "Indictment") charging the defendant KEVIN DELGADO

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

with transmitting threats in interstate commerce, in violation of Title 18, United States Code, Section 875(c).  A true and correct copy of the Indictment is attached as Exhibit A.

2.      In connection with the Indictment, on or about February 5, 2025, the United States District Court for the Eastern District of Michigan issued an arrest warrant for the defendant KEVIN DELGADO (the "Arrest Warrant").  A true and correct copy of the Arrest Warrant is attached as Exhibit B.

3.      On or about February 12, 2025, law enforcement agents arrested the defendant KEVIN DELGADO at his home in Queens, New York.

4.      At the time of his arrest on February 12, 2025, the defendant KEVIN DELGADO presented his driver's license.  The driver's license presented to law enforcement was in the same name as the KEVIN DELGADO wanted in the Eastern District of Michigan. Law enforcement further recognized KEVIN DELGADO as the same individual wanted in the Eastern District of Michigan based on known photographs of the defendant.  The defendant stated that he did not have a passport available but confirmed his social security number as matching that on the arrest warrant during subsequent interviews.   The individual arrested also acknowledged that he was, in fact, KEVIN DELGADO.

5.      Based on the foregoing, I submit that there is probable cause to believe that the defendant KEVIN DELGADO is the same KEVIN DELGADO wanted in the Eastern District of Michigan.

WHEREFORE, your deponent respectfully requests that the defendant KEVIN

DELGADO be removed to the Eastern District of Michigan so that he may be dealt with

according to law.

Kara Phipps
Special Agent
Federal Bureau of Investigation

Sworn to before me on the 12th day of
February, 2025

JE

3

# EXHIBIT A

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN DELGADO,

Defendant.

_____/

Case: 2:25-cr-20053
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 2/5/2025
Description: SEALED MATTER (SS)

VIOLATION: 18 U.S.C. § 875(c)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 875(c)
*Transmitting Threats in Interstate Commerce*

On or about October 22, 2023, in the Eastern District of Michigan and

elsewhere, the defendant, KEVIN DELGADO, knowingly transmitted in interstate

commerce a communication containing a threat to injure the person of another, for

the purpose of issuing a threat and with knowledge that the communication would

be viewed as a threat, and in conscious disregard of a substantial risk that the

communication would be understood as a true threat. Specifically, KEVIN

DELGADO, while located in the State of New York, used the internet to post a

reply on Twitter directed to Victim 1 located in the State of Michigan in which he

1

stated, "watch every step u take u digusting drunk dyke nazi you will be #murdered," in violation of Title 18, United States Code, Section 875(c).

### Special Finding—Hate Crime Motivation

The Grand Jury further alleges that defendant KEVIN DELGADO intentionally selected the victim of his threat in Count One because of the actual and perceived religion and sexual orientation of the victim, in violation of 18 U.S.C. § 875(c); U.S.S.G. § 3A1.1.

A TRUE BILL.

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

JULIE A. BECK
Acting United States Attorney

s/ *John K. Neal*
JOHN K. NEAL
Chief, Public Corruption and Civil Rights Unit

s/ *Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant U.S. Attorney

Dated: January 5, 2025

**(Companion Case information MUST be** ~~completed by AUSA and initialed.~~**)**

| United States District Court Eastern District of Michigan | Criminal Case C | Case: 2:25-cr-20053<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 2/5/2025<br>Description: SEALED MATTER (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials:   *FLC* |

**Case Title:** USA v.  Kevin Delgado

**County where offense occurred :** Oakland County

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

   ✓ Indictment/____ Information --- no prior complaint.
   ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
   ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Fax:

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 5, 2025
Date

s/ *Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001 Detroit, MI
48226-3277
Phone: (313) 226-9696
E-Mail address: frances.carlson@usdoj.gov
Attorney Bar #: P62624

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present. and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

# EXHIBIT B

| | AUSA: | Frances Carlson | Telephone: (313) 226-9100 |
| --- | --- | --- | --- |
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Kara Phipps, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

**KEVIN DELGADO**

Case: 2:25-cr-20053

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN DELGADO                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

In violation of 18 U.S.C. § 875(c), *Transmitting Threats in Interstate Commerce.*

Date: **FEB 0 5 2025**

_____
*Issuing officer's signature*

City and state:     DETROIT, MICHIGAN

SARAH SCHOENHERR    **DEPUTY CLERK**
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____       _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Kevin Delgado

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:                           ████████

Social Security number:           ████████

Height:                                                          Weight:

Sex:                                                             Race:

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:     NA

Complete description of auto:

Investigative agency and address:
Federal Bureau of Investigation, Patrick V. McNamara Federal Building, 477 Michigan Ave, Detroit, MI 48226

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: